# UNITED STATES DISTRICT COURT

## District of Kansas

(Wichita Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                          CASE NO. 23-cr-10023-JWB

ADONIS WADE FREEMAN, and
KRISTIE GRIFFITH,

        Defendants.

---

## UNITED STATES' DESIGNATION OF EXPERT

---

The United States of America, by and through undersigned counsel, provides this designation of expert pursuant to the Court's Pretrial and Criminal Case Management Order and Amended Pretrial and Criminal Case Management Order (Docs. 7, 30) and Federal Rule of Criminal Procedure 16(a)(1)(G). The government reserves the right to supplement this designation as circumstances require, and requests full disclosure of all information required pursuant to the Court's Pretrial and Criminal Case Management Order and Amended Pretrial and Criminal Case Management Order (Docs. 7, 30) and Federal Rule of Criminal Procedure 16(b) from the defendants and their counsel.

The government intends to call Shek Weber, Wichita Police Department Detective and Federal Bureau of Investigation Task Force Officer, as a fact and expert witness, if either or both Defendants go to trial. The evidence that TFO/Det. Weber will provide as a fact witness is set forth in the reports of TFO/Det. Weber, reports written by others and affidavits filed as part of this investigation. It will not be set forth in this pleading.

As to TFO/Det. Weber's expert testimony, the government provided a written statement of qualifications and opinions from TFO/Det. Weber to defense counsel. In this document TFO/Det. Weber sets out his expert opinions and the basis for those opinions. The report was signed by TFO/Det. Weber and contains "all the opinions and the bases and reasons for them required by [Fed.R.Crim.P. 16(a)(1)(G)] (iii)." As such, the government asserts that TFO/Det. Weber is not required to sign this notice pursuant to Fed.R.Crim.P. 16(a)(1)(G)(v).

Fed.R.Crim.P. 16(a)(1)(G)(iii) additionally requires, however, a list of all publications authored by TFO/Det. Weber in the previous 10 years and a list of all cases in which, during the previous four (4) years, TFO/Det. Weber has testified as an expert at trial or by deposition. The government advises that TFO/Det. Weber has not authored any publication during the previous 10 years and has not testified at trial or during a deposition as an expert during the previous four (4) years.

2

If the Court or defense counsel have questions or issues regarding this disclosure or

TFO/Det. Weber's testimony, the government is prepared to respond.

KATE E. BRUBACHER
United States Attorney

 /s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney
United States Attorney's Office
301 N. Main, Suite 1200
Wichita, Kansas 67202
316-269-6481
316-269-6484 (fax)
K.S.Ct.No. 12729
debra.barnett@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing Mr. Kurt Kerns and Ms. Kari Schmidt, counsel of record for Defendants.

s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant U.S. Attorney